UNITED STATES of America,
Plaintiff–Appellee

v.

Francisco ESTABANE, Defendant–Appellant.

No. 04–11438.

United States Court of Appeals,
Fifth Circuit.

Decided May 17, 2005.

Susan B. Cowger, Kim L. McCabe, Leigha Amy Simonton, for Plaintiff–Appellee.

Douglas A. Morris, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is granted.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand the case to the United States District Court for the Northern District of Texas, Dallas Division for resentencing is granted.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.